IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACETA ANYA STREETER,

    Petitioner,

v.                                                        4:20cv52–WS/MAF

WARDEN, FCI TALLAHASSEE,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 7) docketed June 11, 2020. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed no objections to the report and recommendation.

Having reviewed the record, the undersigned finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 7) is hereby ADOPTED and incorporated by reference in this order.

2. The respondent's motion to dismiss (ECF No. 6) is GRANTED for the reasons set forth by the magistrate judge.

3. The petitioner's § 2241 petition for writ of habeas corpus is DISMISSED for lack of jurisdiction.

4. The clerk shall enter judgment stating: "All claims against the respondent are DISMISSED."

DONE AND ORDERED this __14th__ day of __July__, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE